UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| GREGORY JEROME WINGS, and ) | Case No. 09-44889-399 |
| LINDA ANNETTE WINGS, ) | Judge Kathy A. Surratt-States |
| ) | Chapter 7 |
| Debtors. ) | |
| ) | |
| ANN FULTZ, ) | **Adversary No. 09-4184-659** |
| ) | |
| ) | PUBLISHED |
| Plaintiff, ) | |
| ) | |
| -v- ) | |
| ) | |
| LINDA ANNETTE WINGS, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## O R D E R

Upon consideration of the record as a whole, and consistent with the Finding of Facts and Conclusions of Law entered separately in this matter,

**IT IS ORDERED THAT** Plaintiff's Motion for Summary Judgment is DENIED; and

**IT IS FURTHER ORDERED THAT** Defendant's Cross Motion for Summary Judgment is GRANTED and judgment on Plaintiff's Complaint is entered in favor of Debtor Linda Annette Wings and against Plaintiff Ann Fultz in that the debt owed by Debtor to Plaintiff under the State Court Consent Judgment is discharged; and this is the final judgment and Order of the Bankruptcy Court in this case.

_Kathy A. Surratt-States_
KATHY A. SURRATT-STATES
United States Bankruptcy Judge

DATED: April 16, 2010
St. Louis, Missouri

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

Rufus J. Tate, Jr.
The Tate Law Firm, LLC
7751 Carondelet
Suite 803
Clayton, MO 63105-3369

Matthew Richard Davis
Heller, Gallagher & Finley LLP
1034 S Brentwood
1555
St. Louis, MO 63110

Gregory and Linda Wings
1231 Peaceful Valley Dr
O'Fallon, MO 63368